1  Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
2  JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
3  One East Washington Street
Suite 1900
4  Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
5

6  *Attorneys for Defendant*

7

### IN THE UNITED STATES DISTRICT COURT

8

### FOR THE DISTRICT OF ARIZONA

9

10  Fernando Gastelum,                    No. 2:17-cv-02704-PHX-DJH

11      Plaintiff,                         **STIPULATION TO DISMISS WITH PREJUDICE**

12  vs.

13  Metro Hospitality, LLC,

14      Defendant.

15      Plaintiff Fernando Gastelum and Defendant Metro Hospitality, LLC, by and

16  through its counsel undersigned, hereby stipulate and agree to dismiss with prejudice

17  all claims asserted by Plaintiff against Defendant in this action, with each party to

18  bear its own attorneys' fees and costs.

19      RESPECTFULLY SUBMITTED this 28th day of September, 2018

20          **JENNINGS, STROUSS & SALMON, P.L.C.**

21

22          By: s/ Lindsay G. Leavitt
                Lindsay G. Leavitt
23              One East Washington Street, Suite 1900
                Phoenix, AZ  85004-2554
24              *Defendant*

25

26

27

28

6224008v1(66930.1)

1  **FERNANDO GASTELUM**

2  By: s/ Fernando Gastelum w/ permission from
3       Fernando Gastelum
        209 West 9th Street
4       Casa Grande, AZ 85122
        *Pro Per*
5

6

7

8

9

10                **CERTIFICATE OF SERVICE**

11  ☐   I hereby certify that on September 28, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing
12      and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:
13

14

15  ☒   I hereby certify that on September 28, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF
16      System:

17
            Fernando Gastelum
18          209 West 9th Street
            Casa Grande, AZ 85122
19

            Peter Kristofer Strojnik
20          strojnik@skplaw.com
            THE STROJNIK FIRM LLC
21          Esplanade Center III
            2415 East Camelback Road, Suite 700
22          Phoenix, AZ  85016

23

24                           s/ Tana Davis-Digeno
25

26

27

28