# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, <br><br> Plaintiff, <br><br> v. <br><br> Metro Hospitality LLC, <br><br> Defendant. | No. CV-17-02704-PHX-DJH <br><br> **ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 50), filed on September 28, 2018,

**IT IS ORDERED** approving the Stipulation (Doc. 50) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Plaintiff's pending Motion to Stay (Doc. 49).

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 2nd day of October, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge